UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN WILLIAM CASSADY,

Plaintiff,

Case No. 26-cv- 10124
Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN,

Defendant,

_______________________________________/

**ORDER DENYING PLAINTIFF'S MOTION TO STAY PRE-FILING INJUNCTION PENDING APPEAL AS MOOT (ECF No. 14)**

In this action, Plaintiff Kevin William Cassady brought claims against Defendant the State of Michigan. (*See* Compl., ECF No. 1.) On February 20, 2026, another Judge of this Court issued an order that (1) dismissed Cassady's Complaint and (2) enjoined Cassady "from filing any new federal actions in the Eastern District of Michigan without obtaining leave of court." (Order, ECF No. 10, PageID.61.)

Cassady filed an appeal of that ruling in the United States Court of Appeals for the Sixth Circuit. (*See* Notice of Appeal, ECF No. 12.) Cassady also filed a motion in this Court to stay enforcement, pending the outcome of his appeal, of the requirement that he seek leave of court before filing any new federal actions in this District. (*See* Mot., ECF No. 14.) The case was then re-assigned to the undersigned. (*See* Dkt.)

On October 5, 2026, the Sixth Circuit denied Cassady's appeal and affirmed the February 20, 2026, order in all respects. (*See* Sixth Cir. Order, ECF No. 17.) Relevant here, the Sixth Circuit held that "[t]he district court did not abuse its discretion by subjecting Cassady to a filing restriction." (*Id.*)

Because the Sixth Circuit has now ruled on Cassady's appeal, his request to stay enforcement of the filing restriction pending the resolution of his appeal is now moot. The Court therefore **DENIES** Cassady's motion.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager